UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

MAR 29 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KIMBERLY LONG,

    Plaintiff-Appellee,

v.

THOMAS WEEKS; et al.,

    Defendants-Appellants.

No. 23-55004

D.C. No. 5:21-cv-02008-FWS-E
Central District of California, Riverside

ORDER

Before: TASHIMA, S.R. THOMAS, and KOH, Circuit Judges.

The motion to dismiss this appeal for lack of jurisdiction (Docket Entry No. 12) is denied without prejudice to renewing the arguments in the answering brief. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

The opening brief is due May 1, 2023. The answering brief is due May 31, 2023. The optional reply brief is due within 21 days after service of the answering brief.